395 A.2d 1016

Commonwealth v. Marrero, Appellant.

Submitted December 6, 1977. Nino V. Tinari, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

395 A.2d 1017

Commonwealth v. Mayo, Appellant.

Submitted June 12, 1978. George B. Ditter, Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.